IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 5 2009

JAMES N. HATTEN, Clerk
By  Deputy Clerk

| | |
|---|---|
| Andrew Poplin and Deborah Poplin, individually and has husband and wife | : :  : |
| vs. | : Civil Action No. 1:09-CV-0117 : |
| CSX Transportation Inc., Professional Transportation, Inc., Brian Hanley, and Kevin R. Lynn | : : : : -GET |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COME NOW**, plaintiffs and file their certificate as follows:

1.

The undersigned counsel of record for the plaintiff parties to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Andrew Poplin; Deborah Poplin; Brian Nicolas Hanley; Kevin Randell Lynn; CSX Transportation, Inc.; and Professional Transportation, Inc.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The law firm of Yeager, Jungbauer & Barczak, PLC, 745 Kasota, Avenue, Minneapolis, MN 55414; (612)333-6371.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the plaintiff parties in this proceeding:

Derek J. White of The White Law Group, 138 Canal Street, Suite 401, Pooler, Georgia 31322

William G. Jungbauer of the law firm of Yeager, Jungbauer & Barczak, PLC, 745 Kasota, Avenue, Minneapolis, MN 55414; (612)333-6371.

Submitted this 15th day of January, 2009.

_____
DEREK J. WHITE
Ga. Bar No. 753291
~~Local Counsel for~~ plaintiffs

**THE WHITE LAW GROUP**
P.O. Box 787
Pooler, GA 31322
(912)330-9733
(912)330-9755(f)