AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 5 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _103 Ingleside Ave_ _Etnah, TN_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _1-26-09_

_____
Server's signature

_Deputy Jushal Lowe_
Printed name and title

_____
Server's address

Civil Action No. _____

Date Filed 01-15-09 _____

Attorney's Address: William G. Jungbauer

745 Kasota Ave

Minneapolis, MN 55414

Telephone: (612)333-6371

Andrew Poplin et al. _____

_____

VS.                                                   **Plaintiff**

Name and Address of Party to be Served

Brian Nicholas Haney

103 Ingleside Avenue

Englewood, TN 37329

CSX Transportation, Inc. et al. _____

_____

                                                      **Defendant**

_____

                                                      **Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**GARNISHEE**
☐ I have this day served the Garnishee _____ by leaving a copy of the within action and summons with _____.

**PERSONAL**
☒ I have this day served the Defendant *Brian N. Haney* personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the Defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of Defendant.

**CORPORATION**
☐ Served the Defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United State Mail, First Class in an envelope properly addressed to the defendant(s) at the address in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON-EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _26_ day of _January_, _200(_.

BY: _Justin Love_
                                                DEPUTY SHERIFF

DOCKET _____ PAGE _____                     _____ COUNTY, GEORGIA

ORIGINAL TO CLERK - ONE COPY TO PLAINTIFF - ONE COPY TO DEFENDANT

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

FEB - 5 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ Jamie Brumbelow _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: __Jan. 23, 2009__

Server's signature: Wigenton 50404

Printed name and title: M. Wigenton - Deputy

R.L. "BUTCH" CONWAY, SHERIFF
GWINNETT COUNTY
CIVIL DIVISION
75 LANGLEY DRIVE
LAWRENCEVILLE, GA 30045
Server's address

Print Form

Civil Action No. __1-09-CV-0117__    RECORD ID __17061__

Date Filed 01-15-09

Attorney's Address: William G. Jungbauer

745 Kasota Ave

Minneapolis, MN 55414

Telephone: (612)333-6371

Andrew Poplin et al.

VS.    **Plaintiff**

Name and Address of Party to be Served

CSX Transportation c/o Corporation Service Com.

40 Technology Pkwy, South #300

Norcross, GA 30092

CSX Transportation, Inc. et al.

**Defendant**

**Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**GARNISHEE**
☐ I have this day served the Garnishee _____ by leaving a copy of the within action and summons with _____ .

**PERSONAL**
☐ I have this day served the Defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the Defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of Defendant.

**CORPORATION**
☒ Served the Defendant __CSX Transportation__ a corporation by leaving a copy of the within action and summons with __Jamis Brombelow (RA)__ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United State Mail, First Class in an envelope properly addressed to the defendant(s) at the address in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON-EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __23rd__ day of __Jan__, __2009__.
    __7:15 AM__
BY: __W. Scroton 50404__
    DEPUTY SHERIFF
DOCKET _____ PAGE _____    COUNTY, GEORGIA

ORIGINAL TO CLERK - ONE COPY TO PLAINTIFF - ONE COPY TO DEFENDANT