# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW POPLIN AND DEBORAH POPLIN, INDIVIDUALLY AND AS HUSBAND AND WIFE, | * * * * |
| Plaintiffs, | * |
| | * CIVIL ACTION |
| v. | * FILE NUMBER: 1:09-CV-0117 |
| | * |
| CSX TRANSPORTATION, INC., PROFESSIONAL TRANSPORTATION, INC., BRIAN HANEY, AND KEVIN R. LYNN, | * * * * * |
| Defendants. | * |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF <u>DEFENDANT BRIAN HANEY</u>

COMES NOW Defendant Brian Haney ("Haney") and pursuant to Local Rule 3.3 submits its Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

(1)    The undersigned counsel of record for Defendant Brian Haney certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Andrew Poplin; Deborah Poplin; CSX Transportation, Inc.; Professional Transportation, Inc.; Brian Haney; and Kevin R. Lynn.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a)    CSX Corporation

    (b)    The Law Firm of Casey Gilson, P.C.

    (c)    The White Law Group

    (d)    The Law Firm of Yaeger, Jungbauer & Braczak, P.C.

    (e)    The Law Firm of Carlock, Copeland & Stair, LLP

    (f)    The Law Firm of Harper, Waldon & Craig

    (g)    Southern Trust Insurance Company

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Brian Haney in this proceeding:

**James E. Gilson, Esq.**
Georgia Bar No.: 001150
**Markee L. Squire, Esq.**
Georgia Bar No.: 77335

Respectfully submitted, this 16th day of April 2009.

**CASEY GILSON P.C.**

/s/   JAMES E. GILSON
**JAMES E. GILSON**
Georgia Bar No.:  001150
jgilson@caseygilson.com
**MARKEE L. SQUIRE**
Georgia State Bar No. 490918
Casey Gilson P.C.                                  msquire@caseygilson.com
Six Concourse Parkway, Suite 2200   ***Attorneys for Defendant***
Atlanta, GA  30328                              ***Brian Haney***
(770) 512-0300
(770) 512-0070  fax

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 7.1(D)

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement of Defendant Brian Haney* has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

I further certify that I have this day served a copy of the within and foregoing *Certificate of Interested Persons and Corporate Disclosure Statement of Defendant Brian Haney* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Derek J. White, Esq.
The White Law Group
P.O. Box 787
Pooler, GA  31322

Fred M. Valz, III
Francis E. Carter
Carlock, Copeland & Stair, LLP
285 Peachtree Center Avenue
Atlanta, Georgia 30303

and served a copy via United States First Class mail to the following:

William G. Jungbauer, Esq.
Yaeger, Jungbauer & Barczak PLC
745 Kasota Avenue
Minneapolis, M N  55414

Thomas Harper
Harper Waldon & Craig
900 Circle 75 Parkway
Suite 1040
Atlanta, GA  30339

444619-1
CSXATL-CX1493

This 16th day of April 2009.

        **CASEY GILSON P.C.**

        <u>/s/   JAMES E. GILSON</u>
        **JAMES E. GILSON**
        Georgia Bar No.:  001150
        *Attorney for Defendant*
        *Brian Haney*