UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
1967 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

April 1 6, 2009

CHAMBERS OF
THE HONORABLE G. ERNEST TIDWELL
U.S. DISTRICT COURT JUDGE

       RE: Case Number: *1:09-cv-117-GET Andrew Poplin, et al v CSX Transportation, Inc, et al*

**TO: COUNSEL OF RECORD**

    Judge Tidwell has reviewed the Joint Preliminary Report in the above action. Judge Tidwell does not sign the Preliminary Statement, therefore any extensions of the initial 4 month discovery period must be made by a separate motion with a proposed order allowing the same by the Court.  If you wish to extend the discovery, you must file your motion before the end of the current discovery period.  Discovery in the above named matter ends on 7/13/09.

    Judge Tidwell is particulary interested to see how you use the first 4 months, before allowing additional time.

                                   Sincerely,
                                   /s/ *Janice Micallef*
                                   Janice Micallef
                                   Courtroom Deputy Clerk
                                   for Judge Tidwell
                                   404-215-1465