# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREW POPLIN AND DEBORAH POPLIN, INDIVIDUALLY AND AS HUSBAND AND WIFE, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION |
| v. | * * | FILE NUMBER:  1:09-CV-0117 |
| CSX TRANSPORTATION, INC., PROFESSIONAL TRANSPORTATION, INC., BRIAN HANEY, AND KEVIN R. LYNN, | * * * * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Markee L. Squire (Georgia Bar No. 773335) and, pursuant to L.R. 83.1.0, N.D. Ga., enters his appearance as co-counsel for Defendants CSX Transportation Inc., Professional Transportation Inc., and Brian Haney.  It is further requested that all future pleadings and correspondence in the matter be directed to his attention at the following address:

Markee L. Squire, Esq.
CASEY GILSON P.C.
Six Concourse Parkway, Suite 2200
Atlanta, Georgia 30328
(770) 512-0300
(770) 512-0070 – fax
msquire@caseygilson.com

445296_1.DOC

This 20th day of April, 2009.

        **CASEY GILSON P.C.**

        /s/ Markee L. Squire
        **JAMES E. GILSON**
        Georgia Bar No.:  001150
        **MARKEE L. SQUIRE**
        Georgia State Bar No. 773335
        *Attorneys for Defendants*
        *CSX Transportation, Inc.*
        *Professional Transportation, Inc.*
        *Brian Haney*

Casey Gilson P.C.
Six Concourse Parkway, Suite 2200
Atlanta, GA  30328
Telephone:  770/512-0300
Telecopier:  770/512-0070

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2009, I electronically filed my NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Derek J. White, Esq.
The White Law Group
P.O. Box 787
Pooler, GA  31322

Fred M. Valz, III, Esq.
Francis E. Carter, Esq.
Carlock, Copeland & Stair, LLP
285 Peachtree Center Avenue
Atlanta, Georgia 30303

and served a copy via United States First Class mail to the following:

William G. Jungbauer, Esq.
Yaeger, Jungbauer & Barczak PLC
745 Kasota Avenue
Minneapolis, M N  55414

Thomas Harper, Esq.
Harper Waldon & Craig
900 Circle 75 Parkway
Suite 1040
Atlanta, GA  30339

**[Signature on next page.]**

This 20th day of April, 2009.

                                               **CASEY GILSON P.C.**

                                               /s/ Markee L. Squire
                                             **MARKEE L. SQUIRE**
                                             Georgia State Bar No. 773335
                                           *Attorney for Defendants*
                                           *CSX Transportation, Inc.*
                                           *Professional Transportation, Inc.*
                                           *Brian Haney*

Casey Gilson P.C.
Six Concourse Parkway, Suite 2200
Atlanta, GA  30328
Telephone:  770/512-0300
Telecopier:  770/512-0070


This document was prepared in compliance with Local Rule 5.1 using Times New Roman 14 point font.