IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREW POPLIN and DEBORAH POPLIN, Individually and as Husband and Wife, | ) ) ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | NO. 1:09-CV-0117 |
| | ) | |
| vs. | ) ) | |
| CSX TRANSPORTATION INC.; PROFESSIONAL TRANSPORTATION, INC.; BRIAN NICOLAS HANEY; and KEVIN RANDELL LYNN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM")

COMES NOW State Farm Mutual Automobile Insurance Company ("State Farm") and pursuant to Local Rule 3.3 submits its Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

(1)     The undersigned counsel of record for State Farm certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Andrew Poplin; Deborah Poplin; CSX Transportation, Inc.; Professional Transportation, Inc.; Brian Haney; Kevin R. Lynn; and State Farm Mutual Automobile Insurance Company.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a)  CSX Corporation

(b)  The Law Firm of Casey Gilson, P.C.

(c)  The White Law Group

(d)  The Law Firm of Yaeger, Jungbauer & Braczak, P.C.

(e)  The Law Firm of Carlock, Copeland & Stair, LLP

(f)  The Law Firm of Harper, Waldon & Craig

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant State Farm in this proceeding:

Thomas D. Harper
Harper, Waldon & Craig
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710

Respectfully submitted, this 1st day of May, 2009.

HARPER, WALDON & CRAIG

s/ Thomas D. Harper
Thomas D. Harper
(State Bar No. 328375)
tdharper@hwc-law.com

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710

## CERTIFICATE OF SERVICE AND COMPLIANCE
## WITH LOCAL RULE 7.1(D)

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** of State Farm has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

I further certify that I have this day served a copy of the within and foregoing **Certificate of Interested Persons and Corporate Disclosure Statement of State Farm** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record;

> Derek J, White, Esq.
> The White Law Group
> P.O. Box 787
> Pooler, GA  31322

> Fred M. Valz, III, Esq.
> Francis E, Carter, Esq.
> Carlock, Copeland & Stair, LLP
> 285 Peachtree Center Avenue
> Atlanta, GA  30303

> James E. Gilson, Esq.
> Six Concourse Parkway, Suite 2200
> Atlanta, GA  30328

and served a copy via United States First Class mail to the following:

> William G. Jungbauer, Esq.
> Yaeger, Jungbauer & Barczak PLC
> 745 Kasota Avenue
> Minneapolis, MN  55414

HARPER, WALDON & CRAIG

s/ Thomas D. Harper
Thomas D. Harper
(State Bar No. 328375)
tdharper@hwc-law.com

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710